B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of North Carolina | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Curaxis Pharmaceutical Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Voyager Pharmaceutical Corp/Curaxis Pharma Corp/Auto Search Car** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**26-1919261** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1004 Chagford Way**<br>**Raleigh, NC 27614**<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (12/11)                                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Curaxis Pharmaceutical Corporation | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td colspan="2">
<b>Exhibit A</b>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☑    Exhibit A is attached and made a part of this petition.
</td>
<td colspan="2">
<b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>
X _____<br>
   Signature of Attorney for Debtor(s)    (Date)
</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                               Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| Signatures | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X  /s/ N. Hunter Wyche, Jr.<br>_____<br>Signature of Attorney for Debtor(s)<br>N. Hunter Wyche, Jr. NC State Bar 9533<br>Printed Name of Attorney for Debtor(s)<br>WILSON & RATLEDGE, PLLC<br>Firm Name<br><br>4600 Marriott Drive, Suite 400<br>Raleigh, NC  27612<br>Address<br>919-787-7711 Fax 919-787-7710; hwyche@w-rlaw.com<br>Telephone Number<br>07/30/2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Judith S. T. Geaslen<br>_____<br>Signature of Authorized Individual<br>Judith S. T. Geaslen<br>Printed Name of Authorized Individual<br>Vice President - Finance<br>Title of Authorized Individual<br>07/30/2012<br>Date | _____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Curaxis Pharmaceutical Corporation**　　　　　　　　　Case No. ＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　Debtor(s)　　Chapter　**7**＿＿＿＿＿＿

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:　**July 30, 2012**＿＿＿＿＿　　　　　**/s/ Judith S. T. Geaslen**＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**Judith S.T. Geaslen/Vice President - Finance**
　　　　　　　　　　　　　　　　　　Signer/Title

AAI Pharma
2320 Scientific Park Drive
Wilmington, NC  28405

Albuquerqe Neuroscience, Inc.
715 MLK Jr. Avenue, NE, Suite 203
Albuquerque, NM  87102

Allegra Print & Imaging
c/o Mr. Richard Cobb
1155 Kildaire Farm Road
Cary, NC  27511

AmeriTel Financial Services
PO Box 13604
Philadelphia, PA  19101-3604

Anderson Clinical Research
2068 Orange Tree Lane, Suite 226
Redlands, CA  92374

Aptuit, Inc./Catalent
c/o Mr. Tom Yezza
14 Schoolhouse Road
Somerset, NJ  08873

Argon Medical Devices
1445 Flat Creek Road
Athens, TX  75751

Avera McKennan
800 East 21st Street
Sioux Falls, SD  57105

Bankruptcy Administrator
1760-B Parkwood Blvd.
Wilson, NC  27895

Bert Spilker and Associates
8004 Overhill Road
Bethesda, MD  20814-1145

Bioanlytical Systems, Inc.
2701 Kent Avenue
West Lafayette, IN  47906

Butler Hospital
c/o Ms. Bonnie Baker, SVP
345 Blackstone Blvd.
Providence, RI  02906

Canawill, Inc.
1000 Milwaukee Avenue
Glenview, IL  60025

CDW Direct, LLC
200 North Milwaukee Avenue
Vernon Hills, IL  60675-5723

Ceridian Benefit Services
PO Box 010989
Newark, NJ  07193

Clinical Neuroscience Research
357 Shields Drive
Bennington, VT  05201

Covington and Burling
c/o Mr. Paul Berman
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401

CP Acquisition
c/o Mr. Henry Sargent
90 Grove Street
Ridgefield, CT  06877

David Corcoran
51 Berkshire Street
Swampscott, DE  01907

DURCET Corporation
2 Results Way
Cupertino, CA  95014

EOS Acquisition I, LLC
CBRE/Property Management
4208 Six Forks Road, Suite 1220
Raleigh, NC  27609

Euro RSCG Life
c/o Mr. Anthony Tramontana, SVP
200 Madison Avenue
New York, NY 10016

Executive Management Advisors
5409 Fire Pink Way
Raleigh, NC 27613

Franchise Tax Board
PO Box 942857
Sacramento, CA 94527-0501

GA Dept. of Revenue
PO Box 49432
Atlanta, GA 30359-1432

GE Healthcare Biosciences Corp
800 Centennial Avenue
PO Box 1327
Piscataway, NJ 08855

Genzyme Corporation
c/o Alexander Furey, Esq.
Considine & Furey, LLP
One Beacon Street, 23rd Floor
Boston, MA 02108

Geriatric and Adult Psychiatry
60 Washington Avenue
Hamden, CT 06518

Harrang, Long, Gary and Rudnick
360 E. 10th Avenue, Suite 300
Eugene, OR 97401

Hunterdon Medical Center
2100 Wescott Drive
Flemington, NJ 08822

INC Research, Inc.
3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1547

Intercall
PO Box 281866
Atlanta, GA 30384-1866

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

IPS Research Company
c/o Louise Thurman, MD
1111 N. Lee, Suite 400
Oklahoma, OK 73103

Issuer Direct
500 Perimeter Park Drive, Suite D
Morrisville, NC 27560-9637

ISTA, North America
PO Box 650596
Dallas, TX 75265-0596

J. Gary Booker, MD
851 Olive Street
Shreveport, LA 71104-21376

Jubliant Clinisys
One Crossroads Drive
Building A, Second Floor
Bedminster, NJ 07921

Judy Geaslen
Managing Agent
1004 Chagford Way
Raleigh, NC 27614

K. Ivan F. Gothner
82 Mountain Road
Wilbraham, MA 01095

Kreiger & Prager, LLP
39 Broadway, Suite 920
New York, NY 10006

Lexus Capital
Omni Funding Solutions
c/o Mr. Gary Robinson
144 North 7th Street, PBM 526
Brooklyn, New York 11211

Lily Consulting
6 Blaytonn Lane
St. Louis, MO 63124

Lucosky Brookman, LLP
c/o Joseph M. Lucosky, Esq.
33 Wood Avenue South, 6th Floor
Iselin, NJ 08830

MA Dept. of Revenue
PO Box 7005
Boston, MA 02204

M.J. Giannini and Associates
5409 Fire Pink Way
Raleigh, NC 27613

Mallinckrodt, Inc.
675 McDonnell Blvd.
Hazelwood, MO 63042

Manning, Fulton and Skinner, PA
PO Box 20389
Raleigh, NC 27619-0389

Margolin Brain Institute
1515 E. Alluvial Avenue, Suite 101
Fresno, CA 93720

Mark Pompeo
413 Avalon Drive
Hull, MA 02045

Michael W. George
2008 Scrimshaw Place
Wilmington, NC 28405

Michael Miller
5 Fallview Circle
Newark, DE 19711-2487

Morrow, Willnauer and Klosterman
10401 Holmes, Suite 300
Kansas City, MO 64131

MUNC Media
800 3rd Avenue, 17th Floor
New York, NY 10022

NC Dept. of Revenue
c/o Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NC Employment Security Comm.
P.O. Box 26504
Raleigh, NC 27711-6504

NW Neurospecialists, PLLC
5860 N. LaCholla Blvd, Suite 100
Tucson, AZ 85741-3537

Neurology Clinical Research
c/o Ms. Christine Lepurage
3540 N. Pine Island Road
Sunrise, FL 33351-6637

North County Neurology Assoc.
3907 Waring Road, Suite 3
Oceanside, CA 92056

OSU Research Foundation
1960 Kenny Road
Columbus, OH 43210-01063

Pacific Research Network, Inc.
c/o Ms. Dixie L. Creager
3003 Fourth Avenue
San Diego, CA 92103

Palm Beach Neurology
c/o Mr. Carl Sadowsky
4631 N. Congress Avenue, Suite 200
West Palm Beach, FL 33407

Patricia L. Blanchette, MD
347 N. Kuakini Street, HPM 9
Honolulu, HI 96817

Patrick Smith
12901 Grovehurst Drive
Raleigh, NC 27613

Petron Associates
Corporation Service Co.
c/o Ms. Tasha Johnson
PO Box 5598
Newark, DE 19714

Pharmacology Research Insitute
v/o Mr. Charles Wilcox
PO Box 1645
Los Alamitos, CA 90720-1645

Philip S. Mehall, Esq.
27 Congress Street, Suite 305-15
Salem, MA 01970

Quintiles, Inc.
c/o Mr. Gary Spitz
4820 Emperor Blvd.
Durham, NC 27703

Radiant Research
PO Box 34936, Dept. 4300
Seattle, WA 98124

Regus Management
PO Box 842456
Dallas, TX 75284-2456

Research Ctr for Clincal Studies, Inc.
17 Old Kings Highway S, Suite 1-2
Darien, CT 06820

RI Mood & Memory Research Institute
1018 Waterman Avenue
East Providence, RI 02914

Rosenberg Rich Baker Berman and Co.
c/o Mr. Robert Quick
265 Davidson Avenue, Suite 210
Somerset, NJ 08873-4120

Ronald Pompeo
24 Stephen Rennie Drive
S. Weymouth, MA 02190

Sage Communications, LLC
1651 Old Meadow Road, Suite 500
McLean, VA 22102

Salix Pharmaceuticals
Finance & Administration
8510 Colonnade Center Drive
Raleigh, NC 27615

Sheldon Goldberg
15835 Delasol Lane
Naples, FL 34110

Sim & McBurney
330 University Avenue, 6th Floor
Toronto, ON M5G 1R7 CANADA

Southridge Business Solutions
c/o Mr. Henry Sargent
90 Grove Street
Ridgefield, CT 06877

Southridge Partners II
c/o Mr. Henry Sargent
90 Grove Street
Ridgefield, CT 06877

St. Francis of Assisi Friary
11401 Leesville Road
Raleigh, NC 27613

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   Curaxis Pharmaceutical Corporation                 ,

          Debtor

Case No. _____

Chapter   7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $ | | |
| B - Personal Property | Yes | 6 | $   14,335.72 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $   0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $   647.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $   9,533,109.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $   0.00 |
| J - Current Expenditures of Individual Debtors(s) | No | 1 | | | $   0.00 |
| TOTAL | | 35 | $   14,335.72 | $   9,533,756.82 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Eastern District of North Carolina

In re  Curaxis Pharmaceutical Corporation  ,  
        Debtor

Case No. _____

Chapter  7  

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re   Curaxis Pharmacetical Corporation                    ,          Case No. _____
                        Debtor                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total➤

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re   Curaxis Pharmaceutical Corporation                    ,          Case No. _____
                                    Debtor                                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Business Checking Account #2000060750877 Wells Fargo Raleigh, North Carolina | | 2,963.57 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Curaxis Pharmaceutical Corporation         ,       Case No. _____
                    **Debtor**                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Payroll Tax Deposits - Federal and State of NC | | 11,372.15 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Curaxis Pharmaceutical Corporation_____,    Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | Refer to Addendum for Schedule B Item 22 | | 0.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Refer to Addendum to Schedule B Item 28 | | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Refer to Addendum for Schedule B Item 29 | | 0.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | | | |

_____3____ continuation sheets attached    Total▶    $    14,335.72

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Addendum to Item 22, Schedule B – Personal Property**

**Patents, copyrights and other intellectual property.**

**Issued Patents**

United States Patent 6,242,421 - Methods for Preventing and Treating Alzheimer's Disease

European Patent 1827468 – Leuprolide Acetate and Acetylcholinesterase Inhibitors or NMDA Receptor Antagonists for the Treatment of Alzheimer's Disease – Notice of Allowance issued 5-9-12 by the EPO to record transfer of the patent to Curaxis.

**Pending Patents**

Methods For Preventing and Treating Alzheimer's Disease
- Application 2,309,395 pending in Canada

Leuprolide Acetate and Acetylcholinesterace Inhibitors or NMDA Receptor Antagonists for the Treatment of Alzheimer's Disease
- Application 12.871,008 pending in the United States
- Application 2005322611 pending in Australia
- Application 2,590,997 pending in Canada
- Application 200580044770.5 pending in China

Methods for Treating and Preventing Cancers That Express the Hypothalamic-Pituitary-Gonadal Axis of Hormones and Receptor
- Application 12/590,913 pending in the United States.

**Other Intellectual Property**

The debtor also has other miscellaneous intellectual property consisting of confidential information, such as the results of numerous pre-clinical experiments and tests and clinical trials relating to its methods to treat Alzheimer's Disease and various cancers.
Taken together, these materials provide key support for the Debtor's clinical development programs.

**Registered Trademarks**

ISSUE DATE: Jul 17, 2012
Serial Number: 85498594
Mark: MEMRYTE (STANDARD CHARACTER MARK)

Serial Number: 77-862,949
Mark: CURAXIS (STANDARD CHARACTER MARK)
Notice of Allowance Date: Jul 12, 2011

The USPTO issued a Notice of Allowance on Jul 12, 2011 for the trademark application identified above. Applicant's FIRST request for Extension of Time to File a Statement of Use has been GRANTED effective 2-3-12

Schedule B, Addendum to Item  28
*Office equipment, furnishings, and Supplies*
Curaxis Pharmaceutical Corporation

| DESCRIPTION AND LOCATION OF PROPERTY | DATE ACQUIRED | ORIGINAL COST | ACCUMULATED DEPRECIATION | NBV | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| Network Hardware -Server and Install - 01010-1/01010-2 1004 Chagford Way Raleigh, NC | 3/14/2002 | 14,001.00 | (14,001.00) | - | - |
| Finance Server - 1055 1004 Chagford Way Raleigh, NC | 1/1/2005 | 6,600.19 | (6,600.19) | - | - |
| Cisco 2950 Switch - 01336 1004 Chagford Way Raleigh, NC | 9/1/2005 | 1,800.00 | (1,800.00) | - | - |
| IBM Server - 01341 1004 Chagford Way Raleigh, NC | 1019-05 | 8,838.11 | (8,838.11) | - | - |
| KVM Switch - 01342 1004 Chagford Way Raleigh, NC | 9/3/1903 | 1,712.00 | (1,712.00) | - | - |
| IBM Server - 01343 1004 Chagford Way Raleigh, NC | 10/20/2005 | 2,461.00 | (2,461.00) | - | - |
| Great Plains Software 1004 Chagford Way Raleigh, NC | 1/1/2005 | 12,595.00 | (12,595.00) | - | - |
| Seqel Server Software 1004 Chagford Way Raleigh, NC | 11/21/1902 | 1,433.77 | (1,433.77) | - | - |
| | | 35,440.07 | (35,440.07) | - | - |

Schedule B, Addendum to Item 29
*Machinery, fixtures, equipment, and supplies used in business.*
Curaxis Pharmaceutical Corporation

| DESCRIPTION AND LOCATION OF PROPERTY | DATE ACQUIRED | ORIGINAL COST | ACCUMULATED DEPRECIATION | NBV | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 1100 LC Systems<br>DURCET Corporation<br>2 Results Way<br>Cupertino, CA 95014 | 7/12/2005 | 120,769.32 | (120,769.32) | - | - |
| Feed Screws<br>DURCET Corporation<br>2 Results Way<br>Cupertino, CA 95014 | 8/5/2005 | 15,100.00 | (15,100.00) | - | - |
| Patented Microtruder<br>DURCET Corporation<br>2 Results Way<br>Cupertino, CA 95014 | 10/13/2005 | 33,079.20 | (33,079.20) | - | - |
| Horizontal Extruder<br>DURCET Corporation<br>2 Results Way<br>Cupertino, CA 95014 | 12/1/2005 | 71,845.00 | (71,845.00) | - | - |
| Chemstation - 01137<br>DURCET Corporation<br>2 Results Way<br>Cupertino, CA 95014 | 9/1/2005 | 10,725.40 | (10,725.40) | - | - |
| | | 240,793.52 | (240,793.52) | - | - |

B 6C (Official Form 6C) (04/10)

In re  Curaxis Pharmaceutical Corporation          ,                    Case No. _____
                    Debtor                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6D (Official Form 6D) (12/07)

In re  Curaxis Pharmaceutical Corporation____ ,        Case No. _____
                    **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  NONE | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ► (Total of this page) | | | | $ | $ 0.00 |
| | | | Total ► (Use only on last page) | | | | $ | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/10)

In re  Curaxis Pharmaceutical Corporation  ,                          Case No._____
                          Debtor                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6E (Official Form 6E) (04/10) – Cont.

In re  Curaxis Pharmaceutical Corporation          ,          Case No._____
                                    Debtor                                        *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

\* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                   __1__  continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re  Curaxis Pharmaceutical Corporation ,   Case No. _____
          **Debtor**                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 65-1089565<br><br>Georgia Dept of Revenue<br>PO Box 49432<br>Atlanta, GA  30359-1432 | | | 7/20/2012 | | | | | 17.00 | |
| Account No. 65-1089565<br><br>NC Dept of Revenue<br>PO Box 25000<br>Raleigh, NC  27640-0500 | | | 7/20/2012 | | | | | 60.00 | |
| Account No. 65-1089565<br><br>Massachusetts Dept of Revenue<br>PO Box 7005<br>Boston, MA  02204 | | | 7/20/2012 | | | | | 570.00 | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶  | $  | $ 647.00 |
(Totals of this page)

Total▶  | $ |
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

Totals▶  | $ 647.00 | $
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re   Curaxis Pharmaceutical Corporation          ,          Case No. _____
                          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 230 <br><br> Jubliant Clinisys <br> 1 Crossroads Drive, Bldg A <br> Bedmister, NJ  07921 | | | 4/30/2012 | | | | 2,205.50 |
| ACCOUNT NO. VOYA8000A <br><br> AAI Pharma <br> 2320 Scientific Park Drive <br> Wilmington, NC  28405 | | | 4/30/2007 | | | | 2,250.00 |
| ACCOUNT NO. VP-AD301 <br><br> Albuquerque Neuroscience <br> 715 MLK Jr Ave, Ste 203 <br> Albuquerque, NM  87102 | | | 12/1/2006 | | | | 4,374.00 |
| ACCOUNT NO. 283556 <br><br> AmeriTel Financial Services <br> PO Box 13604 <br> Philadelphia, PA 19101-3604 | | | 10/11/2009 | | | | 4,149.48 |
| | | | | | Subtotal▶ | $ | 12,978.98 |
| | | | | | Total▶ | $ | |

_18_  continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation _____ ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VPAD301<br><br>Anderson Clincial Research<br>2068 Orange Tree Ln Ste226<br>Redlands, CA  92374 | | | 8/1/2007 | | | | 14,227.47 |
| ACCOUNT NO. 10997<br><br>Aptuit, Inc./Catalent Pharma<br>14 Schoolhouse Road<br>Somerset, NJ  08873 | | | 1/31/2008 | | | | 90,576.83 |
| ACCOUNT NO. KB06975<br><br>Aptuit, Inc./Catalent Pharma<br>14 Schoolhouse Road<br>Somerset, NJ  08873 | | | 6/10/2008 | | | | 539,689.60 |
| ACCOUNT NO. Voyager<br><br>Manning Fulton & Skinner PA<br>PO Box 20389<br>Raleigh, NC  27619-0389 | | | 9/1/2008 | | | | 12,900.05 |
| ACCOUNT NO. 728300<br><br>Argon Medical Devices<br>1445 Flat Creek Road<br>Athens, TX  75751 | | | 7/7/2006 | | | | 18,380.00 |

Sheet no. __2__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $  675,773.95

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation             ,          Case No. _____
                        **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2020 <br><br> Avera McKennan <br> 800 East 21st Street <br> Sioux Falls, SD  57105 | | | 12/1/2006 | | | | 10,084.36 |
| ACCOUNT NO. <br><br> Bert Spilker & Associates <br> 8004 Overhill Road <br> Besthada, MD  20814-1145 | | | 6/30/2012 | | | | 50,000.00 |
| ACCOUNT NO. EVNC1000 <br><br> Bionalytical Systems, Inc. <br> 2701 Kent Avenue <br> West Lafayette, IN  47906 | | | 6/30/2007 | | | | 2,808.00 |
| ACCOUNT NO. <br><br> Butler Hospital <br> 345 Blackstone Blvd <br> Providence, RI  02906 | | | | | | | 79,186.24 |
| ACCOUNT NO. 01-50218719-02 <br><br> Canawill, Inc. <br> 1000 Milwaukee Avenue <br> Glenview, IL  60025 | | | 5/23/2008 | | | | 23,601.63 |

Sheet no. _3_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 165,680.23

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation         ,        Case No. _____
                    **Debtor**                                        **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 72229602 <br><br> CDW Direct, LLC <br> 200 North Milwaukee Avenue <br> Vernon Hills, IL  60675-5723 | | | 9/28/2007 | | | | 2,977.26 |
| ACCOUNT NO. 85526 <br><br> Ceridian Benefit Services <br> PO Box 010989 <br> Newark, NJ  07193 | | | 7/1/2008 | | | | 25.00 |
| ACCOUNT NO. VPAD301 <br><br> Clinical Neuroscience Resear <br> 357 Sheilds Drive <br> Bennington, VT  05201 | | | 12/1/2006 | | | | 12,689.00 |
| ACCOUNT NO. 7747623 <br><br> Corp Service Co./Petron <br> PO Box 5598 <br> Newark, DE  19714 | | | 4/12/2008 | | | | 552.00 |
| ACCOUNT NO. <br><br> CPAquisition/Henry Sargent <br> 90 Grove Street <br> Ridgefield, CT  06877 | | | | | | | 72,891.21 |

Sheet no. __4__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   89,134.47

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Curaxis Pharmaceutical Corporations                    Case No. _____
　　　　　　　　　　 Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> David Corcoran <br> 51 Berkshire Street <br> Swampscott, DE  01907 | | | 6/24/2011 | | | | 76,247.32 |
| ACCOUNT NO. CW1931 <br> EOS Acquisition, LLC <br> 4208 Six Forks Rd. Ste 1220 <br> Raleigh, NC  27609 | | | 4/1/2011 | | | | 129,855.03 |
| ACCOUNT NO. 07-0021 <br> Euro RSCG Life <br> 200 Madison Avenue <br> New York, NY  10016 | | | 9/1/2006 | | | | 123,889.78 |
| ACCOUNT NO. <br> Executive Mgmt Advisors <br> 5409 Fire Pink Way <br> Raleigh, NC  27613 | | | 9/12/2011 | | | | 8,750.00 |
| ACCOUNT NO. 2470548 <br> Franchise Tax Board <br> PO Box 942857 <br> Sacramento, CA 94527-0501 | | | 3/31/2008 | | | | 2,446.00 |

Sheet no. __5__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 341,188.13

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation          ,          Case No. _____
　　　　　　　　　 Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 87728 <br><br> GE Healthcare Biosciences <br> PO Box 1327 <br> Piscataway, NJ  08855 | | | 4/5/2007 | | | | 614.90 |
| ACCOUNT NO. 10016925 <br><br> Considine & Furey, LLP <br> One Beacon Street, 23rd Fl <br> Boston, MA  02108 | | | | | | | 602,059.05 |
| ACCOUNT NO. <br><br> Geriatric & Adult Psychiatry <br> 60 Washington Avenue <br> Hamden, CT  06518 | | | | | | | 55,325.56 |
| ACCOUNT NO. 16362 <br><br> Harrang Long Gary Rudnick <br> 360 E. 10th Ave, Ste 300 <br> Eugene, OR  07401 | | | 2/25/2008 | | | | 3,487.48 |
| ACCOUNT NO. VPAD301 <br><br> Hunterdon Medical Center <br> 2100 Wescott Drive <br> Flemington, NJ  08822 | | | 12/1/2006 | | | | 10,620.00 |

Sheet no. __6__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  672,106.99

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation                    ,          Case No. _____
                    **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INC Research, Inc.<br>3201 Beechleaf Ct, Ste 600<br>Raleigh, NC  27604-1547 | | | | | | | 4,490.00 |
| ACCOUNT NO. 385826<br>Intercall<br>PO Box 281866<br>Atlanta, GA  30384-1866 | | | 2/28/2009 | | | | 137.54 |
| ACCOUNT NO. 333-150937<br>Issuer Direct<br>500 Perimeter Dr, Ste D<br>Morrisville, NC 27560-9637 | | | 7/1/2012 | | | | 4,059.01 |
| ACCOUNT NO. 002-541-0024-04<br>ISTA, North America<br>PO Box 650596<br>Dallas, TX  75265-0526 | | | 1/27/2009 | | | | 15.79 |
| ACCOUNT NO. VPAD301<br>J. Gary Booker, MD, APMC<br>851 Olive Street<br>Shreveport, LA  71104-2136 | | | 12/1/2006 | | | | 4,406.00 |

Sheet no. __7__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  13,108.34

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Curaxis Pharmaceutical Corporation                ,          Case No. _____
                              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10010-002<br><br>Lucosky & Brookman, LLP<br>33 Wood Ave. South, 6 Floor<br>Iselin, NJ  08830 | | | 7/5/2012 | | | | 88,000.00 |
| ACCOUNT NO.<br><br>Judy Geaslen<br>1004 Chagford Way<br>Raleigh, NC  27614 | | | | | | | 157,317.88 |
| ACCOUNT NO.<br><br>K. Ivan F. Gothner<br>82 Mountain Road<br>Wilbraham, MA  01095 | | | 6/30/2012 | | | | 12,000.00 |
| ACCOUNT NO.<br><br>Kreiger & Prager, LLP<br>39 Broadway, Suite 920<br>New York, NY  10006 | | | 6/30/2012 | | | | 59,980.00 |
| ACCOUNT NO.<br><br>Lexus Capital/Omni Funding<br>144 N. 7th St., PMB 526<br>Brooklyn, NY  11211 | | | | | | | 3,500.00 |

Sheet no. __8__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  320,797.88

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation                    ,          Case No. _____
                          **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Voyager<br><br>Lily Consulting<br>6 Blaytonn Lane<br>St. Louis, MO  63124 | | | 1/1/2009 | | | | 5,362.50 |
| ACCOUNT NO. VP-AD-301<br><br>IPS Rearch Co/L Thurman<br>1111 North Lee, Suite 400<br>Oklahoma, OK  73103 | | | | | | | 81,584.39 |
| ACCOUNT NO.<br><br>M.J. Giannini & Associates<br>5409 Fire Pink Way<br>Raleigh, NC  27613 | | | | | | | 15,000.00 |
| ACCOUNT NO. VP-AD-104<br><br>Margolin Brain Institute<br>1515 E. Alluvial Ave, Ste 101<br>Fresno, CA  93720 | | | | | | | 153,397.91 |
| ACCOUNT NO.<br><br>Mark J. Allen<br>Mark.allen182@gmail.com<br>(No address available) | | | | | | | 26,916.50 |

Sheet no. __9__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  282,261.30

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation          ,                    Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mark Pompeo<br>413 Avalon Drive<br>Hull, MA  02045 | | | 3/31/2011 | | | | 26,916.50 |
| ACCOUNT NO.<br><br>Michael Miller<br>5 Fallview Circle<br>Newark, DE  19711-2487 | | | 6/30/2012 | | | | 32,000.00 |
| ACCOUNT NO.<br><br>Michael W. George<br>2008 Scrimshaw Place<br>Wilmington, NC  28405 | | | 6/30/2012 | | | | 16,000.00 |
| ACCOUNT NO. Voyager<br><br>Morrow Willnauer Klosterman<br>10401 Holmes, Suite 300<br>Kansas City, MO  64131 | | | 12/31/2008 | | | | 26,208.00 |
| ACCOUNT NO. CURX<br><br>MUNC Media<br>800 3rd Ave., 17th Floor<br>New York, NY  10022 | | | 11/1/2010 | | | | 16,666.00 |

Sheet no.  10  of  18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  117,790.50

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Curaxis Pharmaceutical Corporation                ,        Case No. _____
                                  **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VP-AD-301 <br><br> Neurology Clinical Research 3540 N. Pine Island Road Sunrise, FL  33351-6637 | | | | | | | 51,822.40 |
| ACCOUNT NO. VP-AD-301 <br><br> North Co. Neurology Assoc 3907 Waring Road, Suite 3 Oceanside, CA  92056 | | | | | | | 62,971.10 |
| ACCOUNT NO. <br><br> Nuvox Communications PO Box 580010 Charlotte, NC  28258-0010 | | | 3/31/2009 | | | | 2,231.48 |
| ACCOUNT NO. VP-AD-301 <br><br> NW Neurospecialists PLLC 5860 N. LaCholla Blvd. #100 Tucson, AZ  85741-3537 | | | 12/1/2010 | | | | 4,637.00 |
| ACCOUNT NO. VP-AD-301 <br><br> OSU Rearch Foundation 1960 Kenny Road Columbus, OH  43210-1063 | | | 12/1/2006 | | | | 6,686.00 |

Sheet no.__11__ of __18__ continuation sheets attached
tó Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 128,347.98

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation                    ,          Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VP-AD-301 <br><br> Pacific Research Network Inc <br> 3003 Fourth Avenue <br> San Diego, CA  92103 | | | | | | | 19,673.59 |
| ACCOUNT NO. VP-AD-301 <br><br> Palm Beach Neurology <br> 4631 N Congress Ave, #200 <br> West Palm Beach, FL 33407 | | | | | | | 87,229.52 |
| ACCOUNT NO. VP-AD-301 <br><br> Patricia L. Blanchette, MD <br> 347 N. Kuakini St, HPM 9 <br> Honolulu, HI  96817 | | | 12/1/2006 | | | | 7,722.00 |
| ACCOUNT NO. <br><br> Patrick Smith <br> 12901 Grovehurst Drive <br> Raleigh, NC  27613 | | | 6/24/2011 | | | | 50,479.26 |
| ACCOUNT NO. 27765 <br><br> Covington & Burling <br> 1201 Pennsylvania Ave, NW <br> Washington, DC 20004-1240 | | | | | | | 379,025.08 |

Sheet no. __12__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 544,129.45

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation                ,            Case No. _____
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PRI 604,606 ( <br><br> Pharmacology Research Inst <br> PO Box 1645 <br> Los Alamitos, CA  90720-164 | | | | | | | 32,909.56 |
| ACCOUNT NO. 1518 <br><br> Philip S. Mehall, Esq. <br> 27 Congress St, Ste 305-15 <br> Salem, MA  01970 | | | 5/31/2007 | | | | 1,430.00 |
| ACCOUNT NO. VP-AD-301 <br><br> Quintiles, Inc. <br> 4820 Emperor Blvd. <br> Durham, NC  27703 | | | | | | | 2,165,375.00 |
| ACCOUNT NO. 205676 <br><br> Radiant Research <br> PO Box 34936, Dept 4300 <br> Seattle, WA  98124 | | | 12/1/2006 | | | | 1,477.34 |
| ACCOUNT NO. 5117033 <br><br> Regus Management <br> PO Box 842456 <br> Dallas, TX  75284-2456 | | | 2/14/2011 | | | | 11,249.37 |

Sheet no. __13__ of __18__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 2,212,441.10

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation          ,          Case No. _____
                    Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VP-AD-301<br><br>Research Ctr for Clinical Stdy<br>17 Old Kings Hwy, S Ste 1-2<br>Darlen, CT  06820 | | | 12/1/2006 | | | | 4,381.00 |
| ACCOUNT NO. VP-AD-301<br><br>RI Mood&Memory Research<br>1018 Waterman Avenue<br>East Providence, RI  02914 | | | 12/1/2006 | | | | 11,413.00 |
| ACCOUNT NO. Voyager<br><br>Allegra Print & Imaging<br>1155 Kildaire Farm Road<br>Cary, NC  27511 | | | 6/27/2007 | | | | 5,688.16 |
| ACCOUNT NO. 111464<br><br>Rosenburg Rich Baker Berg<br>265 Davidson Ave, Ste 210<br>Somerset, NJ  08873-4120 | | | 6/27/2012 | | | | 50,815.00 |
| ACCOUNT NO.<br><br>Ronald Pompeo<br>24 Stephen Rennie Drive<br>S. Weymouth, MA  02190 | | | 6/24/2011 | | | | 18,000.00 |

Sheet no.__14__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  90,297.16

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation                ,        Case No. _____
                        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CURAXIS 13236<br><br>Sage Communications<br>1651 Old Meadow Rd, #500<br>McLean, VA  22102 | | | 7/1/2012 | | | | 1,440.00 |
| ACCOUNT NO.<br><br>Salix Pharmaceuticals<br>8510 Colonnade Drive<br>Raleigh, NC  27615 | | | | | | | 453,749.94 |
| ACCOUNT NO.<br><br>Sheldon Goldberg<br>15835 Delasol Lane<br>Naples, FL  34110 | | | 6/24/2011 | | | | 18,000.00 |
| ACCOUNT NO. 14571<br><br>Sim & McBurney<br>330 University Ave, 6 Floor<br>Toronto ON CANADA M5G | | | 5/28/2012 | | | | 475.00 |
| ACCOUNT NO.<br><br>Southridge Business Solution<br>90 Grove St, Executive Pav<br>Ridgefield, CT  06877 | | | 6/30/2011 | | | | 59,500.00 |

Sheet no. __15__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $  533,164.94

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation                    ,          Case No. _____
              **Debtor**                                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Southridge Partners II 90 Grove St, Exec Pavillion Ridgefield, CT  06877 | | | | | | | 226,052.46 |
| ACCOUNT NO. | | | 6/24/2011 | | | | |
| St. Francis of Assisi Friary 11401 Leesville Road Raleigh, NC  27613 | | | | | | | 18,000.00 |
| ACCOUNT NO. 8121733 | | | 10/1/2007 | | | | |
| Stericycle, Inc. PO Box 9001590 Louisville, KY  40290-1590 | | | | | | | 675.00 |
| ACCOUNT NO. | | | 6/30/2012 | | | | |
| Steve Leary 8109 Harps Mill Road Raleigh, NC  27615 | | | | | | | 16,000.00 |
| ACCOUNT NO. | | | 6/30/2012 | | | | |
| Terry Novak 1206 Dogwood Lane Raleigh, NC  27607 | | | | | | | 12,000.00 |

Sheet no. __16__ of __18__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 272,727.46

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Curaxis Pharmaceutical Corporation          ,          Case No. _____
                          **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The ICPS Group<br>75 Maple Street<br>Dedham, MA  02026 | | | | | | | 96,633.50 |
| ACCOUNT NO.<br><br>The Innovative Clin Research<br>8301 Greensboro Dr, #1003<br>McLean, VA  22102 | | | 10/23/2006 | | | | 66,872.45 |
| ACCOUNT NO. VD-AD-301<br><br>The Miriam Hospital<br>593 Eddy St, Aldrich Bldg<br>Providence, RI  02903 | | | | | | | 18,787.60 |
| ACCOUNT NO.<br><br>Timothy R. Wright<br>2320 Onandaga Drive<br>Upper Arlington, OH  43221 | | | 6/30/2012 | | | | 327,679.95 |
| ACCOUNT NO. VP-AD-301<br><br>Toronto Memory Program<br>1 Valleybrook Dr, Ste 400<br>Toronto ON M3B 2S7CANAD | | | | | | | 86,416.80 |

Sheet no. __17__ of __18__ continuation sheets attached    Subtotal▶   $
to Schedule of Creditors Holding Unsecured                                      596,390.30
Nonpriority Claims

                                                                    Total▶   $
                    (Use only on last page of the completed Schedule F.)
          (Report also on Summary of Schedules and, if applicable on the Statistical
                    Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re   Curaxis Pharmaceutical Corporation                ,          Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 037218<br><br>Troutman Sanders LLP<br>PO Box 1389<br>Raleigh, NC  27602 | | | 9/8/2009 | | | | 153,325.68 |
| ACCOUNT NO. EX72105<br><br>TWI Group, Inc.<br>PO Box 60086<br>Las Vegas, NV  89160 | | | 11/1/2006 | | | | 146.15 |
| ACCOUNT NO. VP-AD-301<br><br>Univ of Nebraska Med Ctr<br>985070 Nebraska Med Ctr<br>Omaha, NE  691-5070 | | | | | | | 33,522.33 |
| ACCOUNT NO. VP-AD-104<br><br>UW Board of Regents<br>21 North Park St. Ste 6401<br>Madison, WI  53715 | | | 12/13/2006 | | | | 41,515.50 |
| ACCOUNT NO. VPAD103-105<br><br>Univ. of Penn - Invest Drug<br>3620 Hamilton Walk<br>Philadelphia, PA  19104 | | | 2/28/2007 | | | | 5,411.01 |

Sheet no. __18__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 233,920.67

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Curaxis Pharmaceutical Corporation        ,                    Case No. _____
                            **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VP-AD-301<br><br>Upstate Clinical Research<br>3 Atrium Drive, Suite 205<br>Albany, NY 12205 | | | 12/1/2006 | | | | 3,932.00 |
| ACCOUNT NO. Voyager<br><br>DURCET Corporation<br>2 Results Way<br>Cupertino, CA 95014 | | | 1/23/2007 | | | | 1,726,937.82 |
| ACCOUNT NO. Voyager<br><br>Mallinckrodt, Inc.<br>675 McDonnell Blvd.<br>Hazelwood, MO 63042 | | | 8/19/2008 | | | | 500,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. __19__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 2,230,869.82

Total▶ $ 9,533,109.82
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Curaxis Pharmaceutical Corporation    ,          Case No._____
                        Debtor                                        (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AmeriTel Financial Services<br>PO Box 13604<br>Philadelphia, PA  19101-3604 | Lease<br>Lessee |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re   Curaxis Pharmaceutical Corporation   ,                Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6J (Official Form 6J) (12/07)

In re  Curaxis Pharmaceutical Corporation    ,                Case No. _____
                                    **Debtor**                                                          **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ _____ |
| a. Are real estate taxes included?    Yes _____   No _____ | | |
| b. Is property insurance included?    Yes _____   No _____ | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ _____ |
| b. Water and sewer | | $ _____ |
| c. Telephone | | $ _____ |
| d. Other _____ | | $ _____ |
| 3. Home maintenance (repairs and upkeep) | | $ _____ |
| 4. Food | | $ _____ |
| 5. Clothing | | $ _____ |
| 6. Laundry and dry cleaning | | $ _____ |
| 7. Medical and dental expenses | | $ _____ |
| 8. Transportation (not including car payments) | | $ _____ |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ _____ |
| 10. Charitable contributions | | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ _____ |
| b. Life | | $ _____ |
| c. Health | | $ _____ |
| d. Auto | | $ _____ |
| e. Other _____ | | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ _____ |
| b. Other _____ | | $ _____ |
| c. Other _____ | | $ _____ |
| 14. Alimony, maintenance, and support paid to others | | $ _____ |
| 15. Payments for support of additional dependents not living at your home | | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ _____ |
| 17. Other _____ | | $ _____ |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)                      $ _____

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:



20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ _____ |
| b. Average monthly expenses from Line 18 above | $ _____ |
| c. Monthly net income (a. minus b.) | $ _____ |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Curaxis Pharmaceutical Corporation** _____    Case No. _____

                                        Debtor(s)                          Chapter    **7**_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Vice President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __35_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __ **July 30, 2012** _____    Signature __ **/s/ Judith S. T. Geaslen** _____
                                                **Judy S. T. Geaslen/Vice President – Finance**
                                                Signer/Title

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

In re: __Curaxis Pharmaceutical Corporation__ ,          Case No. _____
Debtor                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<i>DEFINITIONS</i>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None
☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                  SOURCE

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $39,154.00 | Proceeds received in July, 2011 for the Qualifying Therapeutic Discovery Project Program sponsored by the US Treasury Dept. |

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Refer to Appendix 3b. | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None
☐    c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Refer to Appendix 3c.

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

Refer to Appendix 4a.

None
☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

4

### 6.  Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

**9.   Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Hunter Wyche, Wilson and Ratledge

**10.   Other transfers**

None
☑

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Salem Five,  210 Essex Street, Salem, MA 01970 | Business Checking Account #2765 $-0- | 8-31-2011 |

6

**12.  Safe deposit boxes**

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.   Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| Ameritel Financial Services 6755 Jimmy Carter Blvd.Norcross, GA 300 | CTX Telephone System and related equip. acquired under capital lease | Storage Unit #167 5000 Atlantic Ave. |

**15.  Prior address of debtor**

None
☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 4819 Emperor Blvd., Suite 400 Durham, NC 27703 | Curaxis Pharmaceutical | August 1, 2010 to February 28, 2011 |
| 12600 Deerfield Parkway, Suite 100 Alpharetta, GA 30004 | Voyager Pharmaceutical | November 9, 2009 to July 31, 2010 |

**16. Spouses and Former Spouses**

None ☑
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None ☑
a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

8

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

       NAME                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

       NAME AND ADDRESS                                   DATES SERVICES RENDERED

Judith S. T. Geaslen                                        July 2004 to present
1004 Chagford Way, Raleigh, NC 27614

None
☐    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

       NAME                        ADDRESS                        DATES SERVICES RENDERED

Rosenberg Rich Baker          265 Davidson Ave, Suite 210        September 2009 to
Berman & Company             Somerset, NJ 08873-4120           present

9

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Judith S. T. Geaslen | 1004 Chagford Way<br>Raleigh, NC 27614 |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

Refer to Appendix 21b.

---

10

**22 . Former partners, officers, directors and shareholders**

None
☑  a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☑  b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|
| Refer to Appendix 23 | | |

**24. Tax Consolidation Group.**

None
☐  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| Curaxis Pharmaceutical Corp/Voyager Pharmaceutical Corp | 26-1919261 65-1089565 |

**25. Pension Funds.**

None
☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | 07/30/2012 | Signature of Debtor | /s/ Judith S T Geaslen, Vice President |
|------|------------|---------------------|----------------------------------------|

| Date | | Signature of Joint Debtor (if any) | |
|------|--|-----------------------------------|--|

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

| Date | 07/30/2012 | Signature | /s/ N. Hunter Wyche, Jr. |
|------|------------|-----------|--------------------------|

| | | Print Name and Title | N. Hunter Wyche, Jr., Attorney |
|--|--|----------------------|--------------------------------|

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1)  I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2)  I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social-Security No. (Required by 11 U.S.C. § 110.) |
|--------------------------------------------------------------------------|---------------------------------------------------|

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

Address

| Signature of Bankruptcy Petition Preparer | Date |
|-------------------------------------------|------|

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

Addendum to Item 3b.
Statement of Financial Affairs
Re: Curaxis Pharmaceutical Corporation

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFER | AMOUNT STILL OWING | NOTES |
|---|---|---|---|---|
| ADP Small Business Services 5800 Windward Parkway - MS B301 Alpharetta, GA 3005 | 4/16/2012 | $ 92.13 | $ - | Payroll Processing Fee |
| ADP | 6/18/2012 | $ 81.63 | $ - | Payroll Processing Fee |
| ADP | 5/16/2012 | $ 83.33 | $ - | Payroll Processing Fee |
| Cartridge World | 6/1/2012 | $ 80.90 | $ - | Computer  Drum Roll |
| Cartridge World | 5/15/2012 | $ 45.13 | $ - | Computer supplies |
| Jubliant Clinisys - Accounting One Crossroads Drive Building A, Second Floor Bedminster, NJ 07921 | 5/15/2012 | $ 3,062.50 | $ 2,205.50 | Scientific Consulting |
| FED EX | 5/3/2012 | $ 72.15 | $ - | Overnight Service |
| FED EX Kinkos | 4/23/2012 | $ 29.25 | $ - | Auditor Copies |
| FEDEX Kinkos | 6/1/2012 | $ 7.47 | $ - | Copies |
| First Insurance Funding Corp. | 5/17/2012 | $ 11,103.13 | $ - | D&O Insurance Premium |
| First Insurance Funding Corp. | 5/29/2012 | $ 10,560.12 | $ - | D&O Insurance Premium |
| Freedom Voice | 5/8/2012 | $ 10.85 | $ - | Toll Free Number - Monthly fee |
| Freedom Voice | 7/7/2012 | $ 10.44 | $ - | Toll Free Number - Monthly fee |
| Freedom Voice | 6/7/2012 | $ 11.52 | $ - | Toll Free Number - Monthly fee |
| Gowling LaFleur Henderson LLP | 5/29/2012 | $ 172.00 | $ - | International Patent Counsel |
| Gowling LaFleur Henderson LLP | 7/12/2012 | $ 385.00 | $ - | International Patent Fees |
| Issuer Direct 500 Perimeter Park Drive, Suite D Morrisville, NC 27560-9637 | 4/27/2012 | $ 1,867.85 | $ 4,059.01 | Transfer Agent |
| Issuer Direct Corporation | 6/5/2012 | $ 2,244.95 | | Transfer Agent |
| KMART | 6/1/2012 | $ 5.33 | $ - | Office Supplies - Mailing labels |
| Live Office | 5/14/2012 | $ 45.80 | $ - | Monthly fee for email hosting |
| Live Office | 7/11/2012 | $ 45.80 | $ - | Monthly fee for email hosting |
| Live Office | 6/11/2012 | $ 45.80 | $ - | Monthly fee for email hosting |
| OpsEdge, Inc | 5/11/2012 | $ 125.00 | $ - | Computer reconfiguration |
| OpsEdge, Inc | 7/13/2012 | $ 75.00 | $ - | Server Maintenance |
| Poppyseed Market | 4/30/2012 | $ 33.77 | $ - | Lunch - CATO Meeting |

| | | | | |
|---|---|---|---|---|
| Safe Cart | 7/6/2012 | $ 29.97 | $ - | Virus Protection - Renewal |
| Sage Communications, LLC<br>1651 Old Meadow Road, Suite 500<br>McLean, VA 22102 | 5/14/2012 | $ 720.00 | $ 1,440.00 | Web site Maintenance |
| Stamps.com | 4/30/2012 | $ 15.99 | $ - | Monthly Postage meter |
| Stamps.com | 6/17/2012 | $ 15.99 | $ - | Monthly Postage meter |
| Stamps.com | 4/28/2012 | $ 50.00 | $ - | Monthly Postage meter |
| Stamps.com | 5/15/2012 | $ 15.99 | $ - | Monthly Postage meter |
| Stamps.com | 6/7/2012 | $ 50.00 | $ - | Postage Purchase for mailing |
| Staples | 4/22/2012 | $ 49.48 | $ - | Office Supplies |
| Turbo Tax | 7/7/2012 | $ 213.28 | $ - | 2010  4 States |
| Turbo Tax | 7/9/2012 | $ 53.32 | $ - | CA 2010 State |
| Uncle Bobs | 6/5/2012 | $ 91.00 | $ - | Storage unit Rental - Monthly Fee |
| Uncle Bob's Storage | 5/7/2012 | $ 91.00 | $ - | Storage unit Rental - Monthly Fee |
| Uncle Bob's Storage | 7/5/2012 | $ 91.00 | $ - | Storage unit Rental - Monthly Fee |
| Wells Fargo | 5/16/2012 | $ 15.00 | $ - | Wire Fee |
| Zest Cafe | 6/28/2012 | $ 30.17 | $ - | Business Lunch at PMHCC |
| Payroll 05312012 | 5/16/2012 | $ 15,393.97 | $ - | J. Geaslen |
| Timothy R. Wright | 5/17/2012 | $ 3,243.67 | $ - | Travel and Phone Expenses |
| Judy Geaslen | 5/4/2012 | $ 80.00 | $ - | Monthly Phone reimbursement |
| Judy Geaslen | 6/5/2012 | $ 160.00 | $ - | Monthly Phone reimbursement |
| Payroll 07152012 | 7/20/2012 | $ 10,000.00 | $ - | J Geaslen - Final pay and retainer |
| Wilson & Ratledge<br>4600 MARRIOTT DRIVE, SUITE 400<br>RALEIGH, NC 27612 | 7/20/2012 | $ 10,306.00 | $ - | Bankruptcy Retainer |

Addendum to Item 3c.
*Payments made with l year to all Insiders*
Statement of Financial Affairs
Re: Curaxis Pharmaceutical Corporation

| NAME AND ADDRESS OF CREDITOR | RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING | NOTES |
|---|---|---|---|---|---|
| CP Acquisition Corp. LP<br>Henry Sargent<br>Executive Pavilion<br>90 Grove Street<br>Ridgefield, CT 06877 | 5% Shareholder | 5/16/2012<br>6/27/2012 | $ 33,112.45<br>$9,625.00 | $  72,891.21 | Paid  in form  of Company common stock |
| Timothy R. Wright<br>2320 Onandaga Drive<br>Upper Arlington, OH 43221 | Chairman and CEO | 5/17/2012 | $   3,243.67 | $ 327,679.95 | Travel and Phone Expenses |
| Judith S. T. Geaslen<br>1004 Chagford Way<br>Raleigh, NC 27614 | Secretary and VP-Finance | 9/2/2011<br>9/15/2011<br>11/9/2011<br>12/17/2011<br>12/30/2011<br>2/6/2012<br>5/4/2012<br>5/31/2012<br>6/5/2012<br>7/20/2012 | $     762.88<br>$ 13,333.34<br>$     170.72<br>$     240.00<br>$ 14,348.72<br>$     160.00<br>$      80.00<br>$ 13,333.33<br>$     160.00<br>$ 10,000.00 | $ 157,317.88 | Phone Reimbursement 5 months, reimbursem<br>Payroll May 2012<br>Phone Reimbursement 1 month, reimburseme<br>Monthly Phone reimbursement - 3 Months<br>Tax Adjustment for payroll through 6-3-11<br>Monthly Phone reimbursement - 2 Months<br>Monthly Phone reimbursement - 1 Month<br>Payroll May 2012<br>Monthly Phone reimbursement - 2 Months<br>Final pay and retainer for bankruptcy filing |
| Michael W. George<br>2008 Scrimshaw Place<br>Wilmington, NC 28405 | Director | 11/17/2011<br>1/19/2012 | $   8,000.00<br>$   8,000.00 | $  16,000.00 | Director Fee - Paid form of company stock<br>Director Fee - Paid inf form of company stock |
| K. Ivan F. Gothner<br>82 Mountain Road<br>Wilbraham, MA 01095 | Director | 11/17/2011<br>1/19/2012 | $   8,000.00<br>$   8,000.00 | $  12,000.00 | Director Fee - Paid inf form of company stock<br>Director Fee - Paid inf form of company stock |
| Stephen J. Leary<br>8109 Harps Mill Road<br>Raleigh, NC 27615 | Director | 11/17/2011<br>1/19/2012 | $   6,000.00<br>$   6,000.00 | $  16,000.00 | Director Fee - Paid inf form of company stock<br>Director Fee - Paid inf form of company stock |
| Michael R. Miller<br>5 Fallview Circle<br>Newark, DE 19711-2487 | Director | | | $  32,000.00 | |
| Terry Novak<br>1206 Dogwood Lane<br>Raleigh, NC 27607 | Director | 11/17/2011<br>1/19/2012 | $   6,000.00<br>$   6,000.00 | $  12,000.00 | Director Fee - Paid inf form of company stock<br>Director Fee - Paid inf form of company stock |
| Dr. Bert Spilker<br>8004 Overhill Road<br>Bethesda, MD 20814-1145 | Director | | | $  50,000.00 | |

Addendum to Item 4a.
*Suits and administrative proceedings*
Statement of Financial Affairs
Re: Curaxis Pharmaceutical Corporation

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| APTUIT, INC. V. VOYAGER PHARMACETUICAL CORPORATION Case No. 0616-CV32306 | Final and Amended Judgment for Plaintiff dated April 3, 2008. Judgment relates to work performed by Aptuit for the Company in connection with its truncated ALADDIN 301 trial. Claim is based on invoices previously rendered to the Company for work performed and on a promissory note that the Company had delivered to Aptuit in connection with those invoices. | Circuit Court of Jackson County, MI | Clinical supply business of Aptuit was sold to Catalent in February 2012; judgment transferred to Catalent |
| Superior Court Case NO. 09 SP 272 | Consent Order on Motion for Appointment of Reviewer dated January 22, 2010, | North Carolina - Wake County General Court of Justice | Consent order required payments totaling $900,000 to be made on or before July 31, 2011; payment totaling $400,000 have been made to date. |
| GENZYME CORPORATION V. VOYAGER PHARMACEUTICAL CORPRORATION Civil Action NO. 09-10324 JLT | Order of Default Judgment dated April 6, 2009 in the amount of $424,542.34 Claim relates to leuprolide supplied by Genzyme to the company for a truncated Aladdin 301 trial. | US District Court for the District of Massachusetts | First Execution dated May 13, 2011 issued; no action taken to date. |
| Dr. DAVID MARGOLIN,ET AL. V. VOAGER PHARMACEUTICAL CORPORATION Case No. 08 CE CG 02747 DSB | Default Judgment by Court dated October 29, 2009 in the amount of $126,469.37. Claim relates to services performed for the Company related to its clinical trial programs. | Superior Court of the State of California, Fresno County | No actions have been initiated by creditor in the last twelve months. |
| ARG 7030 Kit Creek LLC vs. Voyager Pharmaceutical File No. 09CVD002047 | Writ of Execution - commandment to satisfy existing judgment in the amount of $10,000. Claims relates to payments due under a lease agreement dated October 2, 2004 between the parties. | State of North Carolina, Durham County | No actions have been initiated by creditor in the last twelve months. |

Addendum to Item 21b.
*Officers, Directors and 5% Stockholders of the Corporation*
Statement of Financial Affairs
Re: Curaxis Pharmaceutical Corporation

| NAME AND ADDRESS | TITILE | NATURE AND PERCENTAGE OF STOOCK OWNERSHIP - Note 1 |
|---|---|---|
| Timothy R. Wright<br>2320 Onandaga Drive<br>Upper Arlington, OH 43221 | Chairman and Interim<br>Chief Executive Officer | 550,000 Shares - .055%<br>Includes 150,000 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. |
| Judith S. T. Geaslen<br>1004 Chagford Way<br>Raleigh, NC 27614 | Secretary and Vice<br>President - Finance | 629,300 - 0.63%<br>Includes 384,000 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012, and 4,000 shares of common stock held by Wachovia Securities as custodian fbo Judith S. T. Geaslen.  Also includes 200,000 shares held by Donald. P Geaslen and 10,000 shares of common stock held by Wachovia Securities as custodian fbo Donald P. Geaslen, spouse of Ms. Geaslen. |
| Michael W. George<br>2008 Scrimshaw Place<br>Wilmington, NC 28405 | Director | 484,220 - 0.48%<br>Includes 75,00 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. |
| K. Ivan F. Gothner<br>82 Mountain Rd<br>Wilbraham, MA 01095 | Director | 295,671 - 0.30%<br>Includes 75,00 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. |
| Stephen J. Leary<br>8109 Harps Mill Rd<br>Raleigh, NC 27615 | Director | 963,599 - 0.96%<br>Includes 75,000 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. Also includes 6,090 shares of common stock held in the name of Patricia C. Leary, spouse of Mr. Leary and 265,000 shares of common stock held in Professional Mgmt of Raleigh Inc. PSP U/A DTD 07/01/85 FBO Stephen J. Leary of which Mr. Leary is the trustee. |
| Michael R. Miller<br>5 Fallview Circle<br>Newark, DE 19711 | Director | 75,000 - 0.07%<br>Includes 75,000 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. |

| | | |
|---|---|---|
| Terry Novak<br>1206 Dogwood Lane<br>Raleigh, NC 27607 | Director | 295,671 - 0.30%<br>Includes 75,000 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. |
| Dr. Bert Spilker<br>8004 Overhill Road<br>Bethesda, MD 20814-1145 | Director | 98,000 - 0.30%<br>Includes 95,000 shares of common stock issuable upon exercise of stock options exercisable within 60 days of June 30, 2012. |
| Dr. Richard L. Bowen | 5% Shareholder | 10,162,560 - 10.16% |
| CP Acquisition Corp. LP<br>Henry Sargent<br>Executive Pavilion<br>90 Grove Street<br>Ridgefield, CT 06877 | 5% Shareholder | 5,617,830 - 5.62%<br>Includes 5,617,830 shares of common stock held by CP Acquisition Partners and its affiliate, Southridge Partners II LP.  Reported amount does not include 4,410,316 warrants held by those affiliates. In addition, CP Acquisition Partners LP holds 500 shares of convertible Series A, 500 shares of convertible Series B, and 36 shares of convertible Series C preferred stock, which are convertible into a total of 2,679,941 shares of common stock, and Promissory notes, which are convertible into  shares of common stock base on pre-determined calculations. . All warrants, preferred stock and the note are subject to certain conversion restrictions. |

Note 1 -  Based on 100,031,350 outstanding shares assuming the exercise of 5,354,674 warrants issued and outstanding, but assuming no exercise of outstanding options. In addition, shares outstanding do not assume conversion of Series A, B and C preferred stock.

Addendum to Item 23.
*Distributions from a Corporation*
Statement of Financial Affairs
Re: Curaxis Pharmaceutical Corporation

| NAME AND ADDRESS OF RECIPIENT | RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| CP Acquisition Corp. LP<br>Henry Sargent<br>Executive Pavilion<br>90 Grove Street<br>Ridgefield, CT 06877 | 5% Shareholder | 5/16/2012 - Conversion notice on promissory note | 6,172,706 shares of company common stock valued at $33,112.45 |
| | | 6/27/2012 - Conversion notice on promissory note | 4,952,830 shares of company common stock valued at $9,625.00 |
| Southridge Partners II<br>Henry Sargent<br>Executive Pavilion<br>90 Grove Street<br>Ridgefield, CT 06877 | 5% Shareholder | Put Notices under Equity Credit Agreement dated December 6, 2010 between Curaxis and Southridge Partners II LP: | |
| | | 3/26/2012 | 1,064,428 of Company common stock valued at $16,095.61 |
| | | 3/19/2012 | 734,464 shares of Company common stock valued at $27,440. |
| | | 1/3/2012 | 435,572 shares of Company common stock valued at $12,000. |
| | | 11/24/2011 | 199,445 shares of Company common stock valued at $12,663 |
| | | 11/16/2011 | 664,196 shares of Company common stock valued at $44,800. |
| | | 11/7/2011 | 265,282 shares of Company common stock valued at $17,305. |
| | | 9/12/2011 | 773,020shares of Company common stock valued at $72,000. |
| | | 9/2/2011 | 480,356 shares of Company common stock valued at $54,000. |
| | | 8/23/2011 | 244,482 shares of Company common stock valued at $36,000. |
| Judith S. T. Geaslen<br>1004 Chapford Way<br>Raleigh, NC 27614 | Secretary and VP-Finance | 9/15/2011  Payroll September 2011 | $13,333.34 |
| | | 5/31/2012 - Payroll May 2012 | $13,333.34 |
| | | 7-26-12 - Payroll July 2012 | $10,000.00 |
| | | 7-20-12 | Lenevo Laptop Copmputer - $734.00 |
| Michael W. George<br>0008 Scrimshaw Place<br>Wilmington, NC 28405 | Director | 11/17/2011 - Director Fee paid in the form of Company stock | 94,229 shares of company common stock valued at $8,000 |
| | | 1/19/2012 - Director Fee paid in the form of company stock | 200,000 shares of company common stock valued at $8,000 |

| | | | |
|---|---|---|---|
| K. Ivan F. Gothner<br>82 Mountain Road<br>Wilbraham, MA 01095 | Director | 11/17/2011 - Director Fee paid in the<br>form of Company stock | 70,671 shares of company common stock valued at $6,000 |
| | | 1/19/2012 - Director Fee paid in the<br>form of company stock | 150,000 shares of company common stock valued at $6,000 |
| Stephen J. Leary<br>8109 Harps Mill Road<br>Raleigh, NC 27615 | Director | 11/17/2011 - Director Fee paid in the<br>form of Company stock | 94,229 shares of company common stock valued at $8,000 |
| | | 1/19/2012 - Director Fee paid in the<br>form of company stock | 200,000 shares of company common stock valued at $8,000 |
| Terry Novak<br>1206 Dogwood Lane<br>Raleigh, NC 27607 | Director | 11/17/2011 - Director Fee paid in the<br>form of Company stock | 70,671 shares of company common stock valued at $6,000 |
| | | 1/19/2012 - Director Fee paid in the<br>form of company stock | 150,000 shares of company common stock valued at $6,000 |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Curaxis Pharmaceutical Corporation** _____    Case No. _____
Debtor(s)    Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Banker. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, o r agreed to be paid to me, for services rendered or to be rendered on behalf o f the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

<blockquote>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$      10,306.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . $ ____ **10,306.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**
</blockquote>

2. **$306.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:
   __**X**__ Debtor        _____ Other (specify):

4. The source of compensation to be paid to me is:
   __**X**__ Debtor        _____ Other (specify):

5. __**X**__   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   _____   I have agreed to share the above-disclosed compensation with a other person or persons w ho are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Assist Trustee in defining and indentifying Estate and Estate Administration.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Relief from Stay Actions or other Adversary Proceedings.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:_ **July 30, 2012** _____        **/s/ N. Hunter Wyche, Jr., NC State Bar 9533**
                                                **N. Hunter Wyche, Jr., NC State Bar 9533**
                                                **WILSON & RATLEDGE, PLLC**
                                                **4600 Marriott Drive, Suite 400**
                                                **Raleigh, NC  27612**
                                                **(919) 787-7711 Fax:  (919) 787-7710**
                                                **hwyche@w-rlaw.com**

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  **Curaxis Pharmaceutical Corporation** _____    Case No. _____

                                        Debtor(s)                    Chapter  **7**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007, and to enable the judges to evaluate possible disqualification or recusal, the undersigned counsel for **Curaxis Pharmaceutical Corporation** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CEDE & Co.**
**55 Water Street**
**Transfer OPS**
**New York, New York 10041**

**Richard L. Bowen**

____ None [*Check if applicable*]

**July 30, 2012**_____          /s/ **N. Hunter Wyche, Jr., NC State Bar 9533**
Date                                  **N. Hunter Wyche, Jr., NC State Bar 9533**
                                      Signature of Attorney or Litigant
                                      Counsel for **Curaxis Pharmaceutical Corporation**
                                      N. Hunter Wyche, Jr., WILSON & RATLEDGE, PLLC
                                      4600 Marriott Drive, Suite 400
                                      Raleigh, NC  27612
                                      (919) 787-7711  Fax:  (919) 787-7710
                                      hwyche@w-rlaw.com